UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN PROTECTION AND
ADVOCACY SERVICE, INC.,

       Plaintiff,

v

HENRY FORD HEALTH SYSTEM,
HENRY FORD MACOMB
HOSPITAL CORPORATION and
HENRY FORD WYANDOTTE
HOSPITAL CORPORATION,

       Defendants.

Case No. 4:20-CV-10033

Honorable Stephanie Dawkins Davis

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by their respective counsel, having stipulated hereto, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice and without costs or attorney fees to any party.

Dated: October 22, 2020

                                               s/Stephanie Dawkins Davis
                                               Stephanie Dawkins Davis
                                               United States District Judge

2

**STIPULATED AS TO FORM AND CONTENT:**

By: /s/ Simon Zagata (w/permission)
   Simon Zagata (P83162)
   Counsel for Plaintiff

By: /s/ Thomas M. Schehr
   Thomas M. Schehr (P54391)
   Counsel for Defendants